# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

OLAMIDE OLATAYO BELLO, #65100510 §
§
v. § Civil Action No. 4:25-cv-01405
§ Judge Mazzant/Judge Davis
UNITED STATES OF AMERICA §

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 2, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #4) that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) be dismissed without prejudice as premature.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence (Dkt. #1) is **DISMISSED** without prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

 **SIGNED this 1st day of May, 2026.**


---
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE